# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES, | : | Crim. A. No. 90-304 (SRC) |
| Plaintiff, | : | ORDER |
| v. | : | |
| RICKY DANZEY, | : | |
| Defendant. | : | |

**CHESLER**, District Judge

This matter having come before the Court on Defendant's *pro se* application for early termination of supervised release [Docket Entry No. 47]; and the Government having opposed Defendant's application; and the Court having considered the submissions by the parties in support of and in opposition to the instant application; and for good cause shown,

**IT IS** on this 20th day of July, 2009

**ORDERED** that Defendant's application for early termination of supervised release be and hereby is **DENIED**.

                                                      s/ Stanley R. Chesler
                                                    Stanley R. Chesler, U.S.D.J.