# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES, | : | Crim. A. No. 90-304 (SRC) |
| Plaintiff, | : | ORDER |
| v. | : | |
| RICKY DANZEY, | : | |
| Defendant. | : | |

**CHESLER**, District Judge

This matter having come before the Court on Defendant's *pro se* motion [Docket Entry No. 53] to supplement his previously filed application for early termination of supervised release [Docket Entry No. 47]; and it appearing that, by Order dated July 20, 2009, this Court denied Defendant's application for early termination of supervised release [Docket No. 51]; therefore

**IT IS** on this 14th day of August, 2009,

**ORDERED** that Defendant's motion to supplement his application for early termination of supervised release is **DENIED**.

s/ Stanley R. Chesler
Stanley R. Chesler, U.S.D.J.